IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Christopher David Grall, | ) |
|                      Plaintiff, | ) C/A No. 6:16-2972-MBS |
| vs. | ) |
| | ) **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) |
|                      Defendant. | ) |

Plaintiff Christopher David Grall filed the within action on August 30, 2016, seeking judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's claims for social security disability insurance benefits and supplemental security income benefits. By order filed October 16, 2017, the case was reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further consideration.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed November 14, 2017. Counsel moves for attorneys' fees in the amount of $7,685.49 plus $420.01 in costs and expenses. On November 27, 2017, the Commissioner filed a stipulation informing the court that the parties had reached agreement to pay counsel $6,000.00 in attorneys' fees and $420.01 in costs. The stipulation is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney's fees pursuant to 42 U.S.C. § 406.

Plaintiff's motion for attorney's under the EAJA (ECF No. 21) is **granted** in the total amount of $6,420.01 ($6,000.00 fees plus $420.01 costs), to be to be paid in accordance with the Commissioner's procedures set forth in the stipulation.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

December 14, 2017